IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BERNARD D. LONG, | ) | 4:09CV3046 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT P. HOUSTON, Dir. | ) | |
| N.D.C.S., and STATE OF | ) | |
| NEBRASKA, | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on Petitioner's Motion for Reconsideration. (Filing No. 17.) In this Motion, Petitioner seeks reconsideration of the court's October 21, 2009, Memorandum and Order that dismissed Petitioner's Petition for Writ of Habeas Corpus with prejudice. (Filing No. 15.) The court has carefully reviewed the record and finds no good cause to reconsider its previous Memorandum and Order.

IT IS THEREFORE ORDERED that: Petitioner's Motion for Reconsideration (filing no. 17) is denied.

January 21, 2010.   BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge